AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEYMOUR, STEPHANIE K. | U.S. COURT OF APPEALS | 05/10/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE--SENIOR | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 4-562 U.S. COURTHOUSE 333 WEST FOURTH TULSA, OK 74103-3877 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 10: 41 DISCLOSURE OFFICE

Seymour, Stephanie K.

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | self-employed - lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts (see note part VIII) | A | Int./Div. | M | T | | | | | |
| 2. F&M Bank Accounts (see note part VIII) | A | Interest | K | T | | | | | |
| 3. Condo, Tulsa, OK (purchased 11/27/1995 for $116,000) | | None | | | Sold | 12/23/09 | M | E | Drick S. Hendris |
| 4. Lot in Mt. Crested Butte, CO (purchased 8/2004 for $875,000) | | None | O | R | | | | | |
| 5. IRA, Merrill Lynch, Tulsa | A | Int./Div. | M | T | | | | | |
| 6. -Merrill Lynch Cash Fund | | | | | | | | | |
| 7. -Abbott Labs | | | | | Sold | 02/17/09 | K | D | |
| 8. -IShares MSCI EAFE | | | | | Sold | 02/17/09 | K | | |
| 9. -Rydex ETF TR | | | | | Sold | 02/17/09 | J | | |
| 10. Brokerage #1 | | | | | | | | | |
| 11. -ML Bank Deposit Program | A | Interest | L | | | | | | |
| 12. -Heinz HJ Co. (HNZ) | A | Dividend | | | Sold | 02/17/09 | K | | |
| 13. -IShares MSCI EAFE (EFA) | | None | | | Sold | 02/17/09 | J | | |
| 14. Brokerage #2 | | | | | | | | | |
| 15. -Merrill Lynch Cash Fund | A | Int./Div. | N | T | | | | | |
| 16. -BOK Fincl. Corp. New (BOKF) | A | Dividend | K | T | | | | | |
| 17. -Hewlett Packard Co. Del. (HPQ) | A | Dividend | | | Sold | 02/17/09 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -IShares MSCI EAFE (EFA) | | None | | | Sold | 02/17/09 | J | | |
| 19. -Kellogg Co PV 25CT (K) | | None | | | Sold | 02/17/09 | J | B | |
| 20. -MLP & Strategic Equity Fund | A | Dividend | | | Sold | 02/17/09 | L | | |
| 21. -Royal Dutch Shell PLC (RDSA) | A | Dividend | | | Sold | 02/17/09 | K | C | |
| 22. -Starbucks Corp (SBUV) | | None | | | Sold | 02/17/09 | K | | |
| 23. Brokerage #3 | | | | | | | | | |
| 24. - M-L Cash Funds | A | Interest | P1 | T | | | | | |
| 25. -Amex Technology Select SPDR (XLK) | | None | | | Sold | 02/17/09 | O | | |
| 26. -Bank of America | | None | | | Sold | 02/17/09 | J | | |
| 27. -BOK Financial Corp. | C | Dividend | O | T | | | | | |
| 28. -Duke Energy (DUK) | B | Dividend | | | Sold | 02/17/09 | L | | |
| 29. -General Electric (GE) | A | Dividend | | | Sold | 02/17/09 | K | | |
| 30. -Greenbrier Cos. | A | Dividend | | | Sold | 02/17/09 | K | | |
| 31. -Health Care Select SPDR (XLV) | | None | | | Sold | 02/17/09 | O | | |
| 32. -HSBC Hldg. (HBC) | A | Dividend | | | Sold | 02/17/09 | K | | |
| 33. -IShares MSCI EAFE Index (EFA) | | None | | | Sold | 02/17/09 | M | | |
| 34. -IShares Russell 1000 (IWF) | | None | | | Sold | 02/17/09 | O | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 $25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Johnson & Johnson (JNJ) | | None | | | Sold | 02/17/09 | L | | |
| 36. -Kellogg Co. PV 25 CT (K) | | None | | | Sold | 02/17/09 | L | | |
| 37. -MLP & Strategic Equity | A | Dividend | | . | Sold | 02/17/09 | L | | |
| 38. -Pfizer Inc. (PFE) | B | Dividend | | | Sold | 02/17/09 | L | | |
| 39. -Proctor & Gamble (PG) | A | Dividend | | | Sold | 02/17/09 | L | | |
| 40. -Standard & Poors Dep Rcpt (SPY) | D | Dividend | | | Sold | 02/17/09 | O | | |
| 41. -York Tot Access II LLC Class C | | None | N | T | | | | | |
| 42. IRA | A | Dividend | P1 | T | | | | | |
| 43. -Blackrock Balanced | | | | | Sold | 02/17/09 | J | | |
| 44. -M-L Cash Funds (X) | | | | | | | | | |
| 45 -BOK Financial New (BOKF) | | | | | | 12/23/09 | M | | |
| 46. -York Acess Ltd Class C | | | | | | 12/14/09 | N | | |
| 47. Keogh Plan, Merrill Lynch, Tulsa | D | Int./Div. | | | Closed | 12/23/09 | P1 | | |
| 48. -Merrill Lynch Cash Fund | | | | | Closed | 12/23/09 | L | | |
| 49. -BOK Financial Corp. (BOKF) | | | | | Merged (with line 45) | 12/23/09 | M | | |
| 50. -Caterpillar Inc. (CAT) | | | | | Sold | 02/17/09 | K | | |
| 51. -Coca Cola (KO) | | | | | Sold | 02/17/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Currency Shares Euro TR | | | | | Sold | 02/17/09 | M | D | |
| 53.  -IShares MSCI EAFE (EFA) | | | | | Sold | 02/17/09 | L | | |
| 54.  -IShares MSCI Emerging (EEM) | | | | | Sold | 02/17/09 | L | | |
| 55.  -Oneok Inc. | | | | | Sold | 02/17/09 | K | D | |
| 56.  -Rydex Inverse Gov't | | | | | Sold | 02/17/09 | M | | |
| 57.  -3m Co. (MMM) | | | | | Sold | 02/17/09 | L | | |
| 58.  -Wms.Comm Grp.SrRdmbleNtes (no value LIQ) (Y) | | | | | | | | | |
| 59.  -York Access LTD. | | | | | Merged (with line 46) | 12/14/09 | N | | |
| 60.  Brokerage #4 | | | | | | | | | |
| 61.  -Sch Muni Money Fund (SWXXX) (cash equivalent) | A | Dividend | J | T | | | | | |
| 62.  Brokerage #5 | | | | | | | | | |
| 63.  -Cavanal Hill TX Fr MM -Slct (cash equivalent) | E | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR. STEPHANIE K. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 1
Bank of Oklahoma Money Markets which previously were reported separately are now reported on one line. This asset also now includes a long-held account that by itself has not met the reporting requirements. The asset name has been changed to more accurately reflect multiple accounts are included. See Filing Instruction, p. 37

Part VII, Line 2
Changed asset name to more accurately reflect that multiple accounts are included. See Filing Instruction, p. 37. The F&M Accounts were combined on the 1998 report, dated May 17, 1999. Prior to that, the accounts were listed separately whenever the reporting requirement was met.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544